NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**MACNEIL IP LLC,**

*Appellant*

**v.**

**YITA LLC, JINRONG (SH) AUTOMOTIVE ACCESSORY INDUSTRIAL DEVELOPMENT CO. LTD.,**

*Appellees*

———————————————

2024-2185, 2024-2188

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00172, IPR2023-00173.

———————————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                     MacNeil IP LLC v. Yita LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

December 31, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 31, 2025